No. 262, Misc. HYNES, REGIONAL DIRECTOR, *v.* PRATT, JUDGE. The motion for leave to file petition for writ of

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.

mandamus is denied. *Ex parte Fahey,* 332 U. S. 258. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *S. Billingsley Hill* for petitioner.

*Certiorari Granted.*